**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STEVEN MIKKO,

      Plaintiff,                              Case No. 10-cv-12845
                                                HONORABLE DENISE PAGE HOOD

v.

ESTATE OF TED M. SMOCK
and ANTOINE FAIR,

      Defendants.
_____/

## **JUDGMENT**

This action having come before the Court and the Jury, the issues having been duly tried and the Jury having rendered its verdict on November 21, 2013,

Accordingly,

Judgment of no cause of action is entered in favor of Defendants Estate of Ted M. Smock and Antoine Fair and against Plaintiff Steven Mikko.

                                                DAVID J. WEAVER
                                                CLERK OF COURT

Approved:                              By: s/Holly Monda for LaShawn Saulsberry
                                                     Deputy Clerk

S/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED:  November 25, 2013

Detroit, Michigan